UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY T. RICHARDSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE JUDGES, *et al.*,<br><br>　　　　　　Defendants. | Case No. C23-5373-BHS-MLP<br><br>REPORT AND RECOMMENDATION |

On April 26, 2023, Plaintiff Jerry T. Richardson, proceeding *pro se*, submitted a proposed 42 U.S.C. § 1983 civil rights complaint. (Dkt. # 1.) On April 27, 2023, the Clerk of Court advised Plaintiff his submission was deficient due to the filing fee requirement and that he was required to either submit an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. (Dkt. # 3.)

On May 10, 2023, Plaintiff partially corrected the deficiency by filing an incomplete application to proceed IFP. (Dkt. # 4.) The IFP application informed Plaintiff that he "must also attach a certified copy of [his] prison trust account statement showing transactions for the past six months." (*Id.* at 1.) No prison trust account statement is attached to the IFP application. (*See id.*)

REPORT AND RECOMMENDATION - 1

On May 11, 2023, the Clerk of Court advised Plaintiff his submission remained deficient and that he must provide a certified copy of his prison trust account statement by June 12, 2023. (Dkt. # 5.) Plaintiff was notified that "[f]ailure to do so may affect the status of your case, including dismissal of the action by the Court." (*Id*.)

To date, Plaintiff has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 14, 2023**.

The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable Benjamin H. Settle.

Dated this 22nd day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2