## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

JERRY T. RICHARDSON,

          Plaintiff,

  v.

STATE JUDGES, et al.,

          Defendant.

CASE NO. 3:23-cv-05373-BHS-MLP

ORDER

       This matter is before the Court on Magistrate Judge Michelle L. Peterson's Report and Recommendation (R&R), Dkt. 6, recommending that the Court deny as incomplete pro se plaintiff Jerry Richardson's application to proceed *in forma pauperis*, Dkt. 4, and dismiss this matter without prejudice. Richardson has not objected or otherwise attempted to cure the deficiencies in his *in forma pauperis* application,

       The R&R is **ADOPTED**, and Richardson's application to proceed *in forma pauperis* is **DENIED**. The case is **DISMISSED without prejudice**.

       The Clerk shall enter a **JUDGMENT** and close the case.

//

//

ORDER - 1

Dated this 26th day of July, 2023.

BENJAMIN H. SETTLE
United States District Judge